UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO LEYBA REYNOSO,

    Petitioner,

- against -

SCOTT MECHKOWSKI, *et al.*,

    Respondents.



No. 15 Civ. 7675 (RWS)

[PROPOSED]
STIPULATION AND ORDER

WHEREAS, petitioner Rogelio Leyba Reynoso ("Leyba Reynoso"), an alien in removal proceedings, brought this habeas action under 28 U.S.C. § 2241 challenging his mandatory detention by U.S. Immigration and Customs Enforcement ("ICE") and seeking an order from this Court requiring that he be given a bond hearing;

WHEREAS, on October 28, 2015, the Second Circuit issued a published decision in *Lora v. Shanahan*, 804 F.3d 601 (2d Cir. 2015), holding that all aliens subject to mandatory detention must be given a bond hearing before an immigration judge within six months of his or her detention; and

WHEREAS, on January 6, 2016, within six months of his detention and in accordance with *Lora*, Leyba Reynoso was scheduled for and received a bond hearing, the relief requested in his habeas petition, and he has been released from ICE custody; therefore

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/21/16

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action is dismissed without costs or attorney's fees to either party, and that such dismissal shall be with prejudice with respect to all claims concerning the grounds for Leyba Reynoso's detention prior to January 6, 2016.

Bronx, New York
January 20, 2016

THE BRONX DEFENDERS
*Attorney for Petitioner*

Golnaz Fakhimi, Esq.
360 East 161st Street
Bronx, New York 10451
Tel.   (718) 838-7820

New York, New York
January 20, 2016

PREET BHARARA
United States Attorney for the
Southern District of New York
*Attorney for Respondents*

Brandon M. Waterman, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.   (212) 637-2741
Fax   (212) 637-2786

SO ORDERED:

Hon. Robert W. Sweet
United States District Judge
1.21.16